```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      APR 2 4 2007
         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JUAN PEREZ-QUIROZ, | ) | CASE NO. C06-1587-JLR |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| NEIL CLARK, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2241 petition, Dkt. #4, is DENIED; Petitioner's Motion to Compel, Dkt. #12, is DENIED; respondent's motion to dismiss, Dkt. #10, is GRANTED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 24th day of April, 2007.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1

06-CV-01587-ORD